No. 02–6345. BOONE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6351. JONES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–6355. MONTANO-CAMPA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–6356. JUDD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6357. LOPEZ-JIMENEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6359. STEPHENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–6360. SAMMUT *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–6363. CORTEZ-CASTRO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6364. SANGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6367. DIAZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–6369. RAMOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6371. SUDAKOV *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–6374. MARROQUIN-BORRALLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6375. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–6376. MALDONADO-HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.